# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LEON MARION LALONDE, JR. AND
MARTHA SMITH LALONDE

NO.  2019 CW 0625

VERSUS

FRANK THOMAS VALLOT AND
BARBARA KAY BUTLER VALLOT

OCT 2 8 2019

In Re:   Leon Marion Lalonde, Jr. and Martha Smith Lalonde, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2010-00001994.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.**  The trial court's April 8, 2019 judgment that granted the "Motion to Amend Judgment" filed by Frank and Barbara Vallot, Charlene Branch Daniels, and Branch Real Estate, LLC, is reversed. The trial court abused its discretion by amending the March 1, 2011 judgment that granted the plaintiffs' motion for new trial, signed by Judge Ernest Drake, Jr., upon a finding that Judge Drake's March 1, 2011 judgment was inconsistent with his written reasons for ruling. The March 1, 2011 judgment grants the plaintiffs an unrestricted new trial, as prayed for. Judge Drake signed the March 1, 2011 judgment with knowledge of its contents, his original ruling on the Vallots' exception of prescription, and his reasons for granting the plaintiffs' motion for new trial. Therefore, the "Motion to Amend Judgment" filed by Frank and Barbara Vallot, Charlene Branch Daniels, and Branch Real Estate, LLC is denied.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT